UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERMAN TAMRAT,

        Plaintiff,

  v.

SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,

        Defendants.

Case No. 24-cv-08606-TLT

**ORDER OF DISMISSAL**

Plaintiff, a pretrial detainee at the Martinez Detention Facility in Contra Costa County, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. Plaintiff's complaint was dismissed, and plaintiff was given leave to file a first amended complaint. Dkt. No. 22. Plaintiff was given an extension of time to file an amended complaint in light of his release from San Francisco County jail and subsequent incarceration in Contra Costa County jail. Dkt. No. 26. The extended due date has now passed, and plaintiff has neither filed an amended complaint nor sought an extension of time to do so. This case is therefore dismissed without prejudice. The clerk shall terminate any pending motions, enter judgment for defendants, and close the file.

**IT IS SO ORDERED.**

Dated: October 24, 2025

TRINA L. THOMPSON
United States District Judge